IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULEE CASTRO,<br><br>        Plaintiff,<br><br>  v.<br><br>MACY'S, INC. et al.,<br><br>        Defendants.                    / | No. C 16-5991 CRB<br><br>**ORDER TAKING MATTER UNDER SUBMISSION** |

     Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for resolution without oral argument, VACATES the hearing currently set for Friday, January 20, 2017, and TAKES the matter under submission. An order adjudicating the motion will follow.

     **IT IS SO ORDERED.**

Dated: January 18, 2017

                                     CHARLES R. BREYER<br>                                     UNITED STATES DISTRICT JUDGE